UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

BILLY MCCOY IRIZARRY-FELICIANO,

       Defendant.

_____/

Cr. No. 5:17-cr-00255-FL-1

ORDER TO SEAL

       Upon motion of the Defendant, it is hereby ORDERED that the Document Number 29 in

the above-captioned case be sealed.

       This the  14th  day of ____March____, 2018.


_____
LOUISE W. FLANAGAN
United States District Judge