UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Cr. No. 5:17-cr-00255-FL-1

v.

ORDER TO SEAL

BILLY MCCOY IRIZARRY-FELICIANO,

    Defendant.
_____/

Upon motion of the Defendant, it is hereby ORDERED that the Document Number 34 in the above-captioned case be sealed.

This the  31st  day of    May    , 2018.

_____
LOUISE W. FLANAGAN
United States District Judge